ACCEPTED
01-14-00393-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 12:53:52 PM
CHRISTOPHER PRINE
CLERK

### IN THE COURT OF APPEALS FOR THE
### FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/8/2015 12:53:52 PM
CHRISTOPHER A. PRINE
Clerk

LARRY THOMAR DORAL §
*Appellant* §
§
§ Case No. 01-14-00393-CR
§ Trial Court Case No. 1393714
v. §
§ 351ST District Court
§ Harris County, Texas
STATE OF TEXAS §
*Appellee* §

## MOTION TO DISMISS APPEAL

Appellant Larry Thomar Doral, through counsel, moves the Court to permit him to dismiss his appeal of the above cases for the following reasons:

Mr. Doral does not believe the appeal will be successful and believes the dismissal is in his best interest so that he can transfer to TCDJ in order to receive his state identification number and prepare for his next parole interview.

This Court abated Mr. Doral's appeal and ordered the trial court to hold hearing on the issues of whether Mr. Doral wished to pursue his appeal and, if so, whether appellate counsel had abandoned the appeal. The outcome of that hearing, held March 19, 2015, was the appointment of this office to Mr. Doral's case and the withdrawal of Arden Morley.

Bob Wicoff, of this office, spoke to Mr. Doral at the hearing and advised him that his appeal was not viable, due to his plea of true to the state's motion to adjudicate. Mr. Doral previously had been interviewed by a parole officer in Harris County Jail and had heard nothing from the Parole Board. He wishes to transfer to TDCJ as soon as possible so he can get his State ID number and prepare for his next parole review.

Mr. Doral's letter requesting that this office move to dismiss his appeal is attached.

In view of the above, Mr. Doral asks this Court to dismiss his appeal.

Respectfully submitted,

**ALEXANDER BUNIN**
Chief, Harris County Public Defender's Office

/s/ Melissa Martin

_____

MELISSA MARTIN
Assistant Public Defender
TX. Bar No. 24002532
1201 Franklin St., 13th Fl.
Houston, TX 77002
email: melissa.martin@pdo.hctx.net
713/274-6709 Fax 713/437-4319


**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing motion was electronically served on the Harris County District Attorney's office on June 8, 2015.


/s/Melissa Martin

_____

Melissa Martin